

PHILLIP A. TALBERT
United States Attorney
STEVEN S. TENNYSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. EDWARD POLLARD,<br><br>                              Plaintiff,<br><br>              v.<br><br>THEODORE WORKMAN, JR; LEONARD SOLONIUK; and SOLONIUK PAIN CLINIC, a Medical Corporation;<br><br>                              Defendants. | Case No. 2:19-cv-0325 MCE DB<br><br>**NOTICE OF INTERVENTION**<br><br>**FILED UNDER SEAL** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it partially intervenes as to Counts I and II and intends to proceed against Theodore Workman, Jr, Leonard Soloniuk, and Soloniuk Pain Clinic, a Medical Corporation, as to relator's allegations concerning Defendants' submitting, or causing to be submitted, false claims to Medicare for medically unnecessary urine drug tests. The United States declines to intervene as to Counts III-XIII. The United States intends to file its Complaint within 30 days.

Pursuant to 31 U.S.C. § 3730(b), the Government requests that the relator's Complaint, this Notice, and the attached proposed order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, these submissions were provided under 31 U.S.C. § 3730(b)(3) to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. (*See id*. § 3730(b)(2)-(3) (providing only for the unsealing of the *in camera* complaint).

The United States reserves the right to seek the dismissal of the relator's remaining claims on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

A proposed order accompanies this notice.

Dated: November 3, 2023

PHILLIP A. TALBERT
United States Attorney

By: */s/ Steven S. Tennyson*
STEVEN TENNYSON
Assistant United States Attorney