PHILLIP A. TALBERT
United States Attorney
STEVEN S. TENNYSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* EDWARD POLLARD,<br><br>      Plaintiff,<br><br>      v.<br><br>THEODORE WORKMAN, JR; LEONARD SOLONIUK; and SOLONIUK PAIN CLINIC, a Medical Corporation;<br><br>      Defendants. | Case No. 2:19-cv-0325 MCE DB<br><br>**ORDER** |

The United States having partially intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. The Relator's Complaint, the Government's Notice of Intervention, and this Order shall be unsealed;

2. The United States shall serve its Complaint upon defendant, together with this Order, within 90 days;

3. All other papers or Orders on file in this matter shall remain under seal; and

4. The seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

Dated:  November 13, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1

ORDER