UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, *ex rel.*, EDWARD POLLARD,<br><br>Plaintiffs,<br><br>v.<br><br>SOLONIUK CLINIC, A MEDICAL CORPORATION; LEONARD J. SOLONIUK, M.D.; THEODORE E. WORKMAN, M.D.; and DOES 1-10,<br><br>Defendants. | Case No. 2:19-CV-325-MCE-DB<br><br>**ORDER GRANTING THE STATE OF CALIFORNIA'S EX PARTE APPLICATION FOR EXTENSION OF TIME UNTIL FEBRUARY 12, 2024 TO MAKE ITS INTERVENTION DECISION AND TO FILE ANY RELATED COMPLAINT IN INTERVENTION**<br><br>Courtroom:  7, 14th Floor<br>Judge:  Hon. Morrison C. England, Jr. |

Having considered the Ex Parte Application of the State of California, and for good cause shown,

**IT IS HEREBY ORDERED** that:

The State of California shall have until February 12, 2024 to make its intervention decision and to file any related complaint in intervention.

**IT IS SO ORDERED.**

Dated: November 29, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE