**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, *ex rel.*, EDWARD POLLARD,<br><br>Plaintiffs,<br><br>v.<br><br>SOLONIUK CLINIC, A MEDICAL CORPORATION; LEONARD J. SOLONIUK, M.D.; THEODORE E. WORKMAN, M.D.; and DOES 1-10,<br><br>Defendants. | Case No. 2:19-CV-325-MCE-DB<br><br>**ORDER RE: ELECTION BY THE STATE OF CALIFORNIA TO DECLINE INTERVENTION**<br><br>[FILED CONCURRENTLY:  STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION]<br><br>Courtroom: 7, 14th Floor<br>Judge:  Hon. Morrison C. England, Jr. |

The State of California ("the State") having notified the Court of its decision not to intervene in this action pursuant to the California False Claims Act, the Court rules as follows:

IT IS ORDERED that:

1. The parties shall serve all pleadings, motions, memoranda, proposed orders, and notices filed in this action upon the State in accordance with the California False Claims Act;

2. All orders of this Court shall be sent to the State by Relator's counsel;

3. The State may order any deposition transcripts;

4. The State, for good cause, may at any time intervene in this action;

5. In the event Relator or Defendants propose this action be dismissed, settled, or otherwise discontinued as to the State, this Court directs and orders Relator to solicit and submit to the Court the written consent of the State before filing such proposal so that the Court may consider said consent before ruling or granting its approval.

IT IS SO ORDERED.

DATED: JANUARY 9, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE