Michael A. Hirst (CA Bar No. 131034)
HIRST LAW GROUP, P.C.
200 B Street, Suite A
Davis, CA 95616
Telephone: (530) 756-7700
Facsimile: (530) 756-7707
michael.hirst@hirstlawgroup.com

Corey Stern (NY Bar No. 5128640)
Brendan E. Little (NY Bar No. 5264163)
LEVY KONIGSBERG LLP
800 Third Avenue
New York, New York 10022
Telephone: (212) 605-6200
Facsimile: (212) 605-6290
cstern@levylaw.com
blittle@levylaw.com

Stephen Danz (CA Bar No. 68318)
STEPHEN DANZ & ASSOCIATES
11661 San Vicente Blvd., Suite 500
Los Angeles, CA 90049
Telephone: (310) 207-4568
stephen.danz@employmentattorneyca.com

Counsel for Qui Tam Plaintiff
Edward Pollard

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA, ex rel. EDWARD POLLARD,<br><br>Plaintiffs,<br><br>v.<br><br>SOLONIUK CLINIC, A MEDICAL CORPORATION; LEONARD J. SOLONIUK, M.D.; THEODORE E. WORKMAN, JR., M.D.; and DOES 1-10,<br><br>Defendants. | Civil Action No: 2:19-CV-00325 MCE-DB<br><br>**ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE** |

Order of Partial Dismissal Without Prejudice

1

1    The Court, having reviewed Plaintiff-Relator's Partial Voluntary Dismissal Without
2 Prejudice, and good cause having been shown, hereby orders the partial dismissal without
3 prejudice Counts III through VIII of his False Claims Act Complaint.
4    IT IS SO ORDERED.

Dated: January 23, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2
Order of Partial Dismissal Without Prejudice