Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
**SEGAL & ASSOCIATES, PC**
500 Capitol Mall, Suite 600
Sacramento, CA  95814
Telephone:  (916) 441-0886
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendants
THEODORE WORKMAN, JR, and
SOLONIUK PAIN CLINIC, a Medical Corporation

Nick Jurkowitz (SBN 261283)
Elaine Sun (SBN 333985)
Fenton Law Group
1990 S Bundy, Suite 777
Los Angeles, CA  90025
Phone: (310) 444-5244
njurkowitz@fentonlawgroup.com
esun@fentonlawgroup.com

Attorneys for Defendant
LEONARD SOLONIUK

Steven Tennyson (SBN 310429)
**UNITED STATES ATTORNEY'S OFFICE**
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814
Phone: (916) 554-2700
Steven.Tennyson2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

(*Additional Attorneys in Signature Page*)

-1-

Stip. Extend Time for Response to Complaint in Intervention; Order

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* EDWARD POLLARD,<br><br>Plaintiff,<br><br>v.<br><br>THEODORE WORKMAN, JR; LEONARD SOLONIUK; and SOLONIUK PAIN CLINIC, a Medical Corporation,<br><br>Defendants. | Case No: 2:19-cv-0325 MCE DB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT IN INTERVENTION; ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that Defendants THEODORE WORKMAN, JR, LEONARD SOLONIUK and SOLONIUK PAIN CLINIC, a Medical Corporation, may have additional time for filing of an answer or otherwise respond to the Complaint in Intervention. The Complaint in Intervention was filed on December 1, 2023. A Summons issued December 6, 2023, with notice sent to the defendants the following day. Defendants filed waivers of service and the last day for defendants to answer or otherwise respond to plaintiff's complaint is February 5, 2024. The parties stipulate pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 144 that Defendants shall have until March 4, 2024, to answer or otherwise respond to the Complaint in Intervention.

Good cause exists for this extension due to professional and travel commitments of defense counsel and defendants, as well as additional defense counsel's assignment to the matter, requiring additional time to prepare an initial pleading.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: January 30, 2024.     **SEGAL & ASSOCIATES, PC**

/s/ Emily E. Doringer_____
Malcolm Segal
Emily E. Doringer
Attorneys for Defendants
THEODORE WORKMAN, JR, and
SOLONIUK PAIN CLINIC, a Medical Corporation

Dated: January 30, 2024.     **FENTON LAW GROUP**

/s/ Nick Jurkowitz_____
Nick Jurkowitz
Elaine Sun
Attorneys for Defendant
LEONARD SOLONIUK

Dated: January 30, 2024.     **UNITED STATES ATTORNEY'S OFFICE**

/s/ Steven Tennyson_____
Steven Tennyson
Attorneys for Plaintiff
UNITED STATES OF AMERICA

-3-

Dated: January 30, 2024.          **HIRST LAW GROUP**

/s/ Michael A. Hirst_____
Michael A. Hirst (SBN 131034)
Marisela Bernal (SBN 329589)
**HIRST LAW GROUP**
200 B Street, Suite A
Davis, CA 95616
Phone: (530) 756-7700
michael.hirst@hirstlawgroup.com
Marisela.bernal@hirstlawgroup.com
Attorneys for Plaintiff
EDWARD POLLARD

Dated: January 30, 2024.          **JS ABRAMS LAW, PC**

/s/ Navid Kanani_____
Navid Kanani (SBN 270797)
JS ABRAMS LAW, PC
20501 Ventura Blvd., Suite 165
Woodland Hills, CA 91364
Phone: (818) 330-4515
navid@jsafirm.com
Attorneys for Plaintiff
EDWARD POLLARD

-4-

Stip. Extend Time for Response to Complaint in Intervention; Order

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendants should answer or otherwise respond to the Complaint in Intervention on or before March 4, 2024.

IT IS SO ORDERED.

Dated: February 1, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE