PHILLIP A. TALBERT
United States Attorney
STEVEN TENNYSON
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814
Phone: (916) 554-2700

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. EDWARD POLLARD,<br><br>   Plaintiff,<br><br>  v.<br><br>THEODORE WORKMAN, JR; LEONARD SOLONIUK; and SOLONIUK PAIN CLINIC, a Medical Corporation,<br><br>   Defendants. | Case No. 2:19-cv-00325-MCE-DB<br><br>**ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF** |

GOOD CAUSE APPEARING, the Court hereby grants the United States unopposed request to extend the deadline to respond to Defendants' motions to dismiss. The United States shall respond to Defendants' motions no later than April 1, 2024.

IT IS SO ORDERED.

Dated:  March 11, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1