Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
**SEGAL & ASSOCIATES, PC**
500 Capitol Mall, Suite 600
Sacramento, CA  95814
Telephone:  (916) 441-0886
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendants
THEODORE WORKMAN, JR, and
SOLONIUK PAIN CLINIC, a Medical Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* EDWARD POLLARD,<br><br>Plaintiff,<br><br>v.<br><br>THEODORE WORKMAN, JR; LEONARD SOLONIUK; and SOLONIUK PAIN CLINIC, a Medical Corporation,<br><br>Defendants. | Case No: 2:19-cv-0325 MCE DB<br><br>**ORDER SEALING DOCUMENTS** |

The Court has considered the Defendants' Request to Seal Documents (ECF No. 57) relating to Exhibit 4 and Exhibit 5 of the Defendants' Request for Judicial Notice in Support of its Motion to Dismiss Complaint In Intervention [Fed.R.Civ.Pro. 12(b)].  The Court finds good cause for sealing Exhibit 4 and Exhibit 5 of the Defendants' Request for Judicial Notice in Support of its Motion to Dismiss Complaint In Intervention [Fed.R.Civ.Pro. 12(b)].

1   IT IS HEARBY ORDERED that Exhibit 4 and Exhibit 5 of the Defendants'
Request for Judicial Notice in Support of its Motion to Dismiss Complaint In
Intervention [Fed.R.Civ.Pro. 12(b)] shall be filed under seal.

IT IS SO ORDERED.

Dated: March 11, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE