# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* EDWARD POLLARD<br><br>Plaintiff,<br>v.<br><br>THEODORE WORKMAN, JR; LEONARD SOLONIUK; and SOLONIUK PAIN CLINIC, a Medical Corporation,<br><br>Defendants. | Case No.: 2:19-cv-0325 MCE DB<br><br>Assigned to Hon. Morrison C. England, Jr.<br>Crtrm: 7<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS** |

Pursuant to Federal Rules of Civil Procedure 5.2, 26, and Local Rule 141, the Court GRANTS Defendant Leonard Soloniuk's Request to Seal Documents (ECF No. 62) filed on March 4, 2024. Exhibits 4 and 5 to Defendant's Request for Judicial Notice shall remain sealed unless and until this Court orders otherwise.

IT IS SO ORDERED.

Dated: March 11, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE