# United States District Court
# Eastern District of California

UNITED STATES, ex rel. Pollard

Plaintiff(s)

V.

SOLONIUK CLINIC, et al.

Defendant(s)

Case Number: 2:19-cv-0325-DC-SCR

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Wendy J. Olson hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Soloniuk Pain Clinic and Theodore E. Workman, Jr., M.D.

On 05/03/2007 (date), I was admitted to practice and presently in good standing in the Idaho State Bar (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: November 13, 2026

Signature of Applicant: /s/ Wendy J. Olson

**Pro Hac Vice Attorney**

Applicant's Name: Wendy J. Olson

Law Firm Name: Stoel Rives LLP

Address: 101 S. Capitol Blvd. Ste 1900

City: Boise State: ID Zip: 83702

Phone Number w/Area Code: (208) 389-9000

City and State of Residence: Boise, Idaho

Primary E-mail Address: wendy.olson@stoel.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Matthew D. Segal

Law Firm Name: Stoel Rives LLP

Address: 500 Capitol Mall, Suite 1600

City: Sacramento State: CA Zip: 95814

Phone Number w/Area Code: (916) 447-0700 Bar # 190938

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 17, 2026

Dena Coggins
United States District Judge